UnityPoint Health

UnityPoint Health - Addiction Medicine
5401 N KNOXVILLE AVE STE 204
PEORIA IL 61614
Phone: 309-683-1200
Fax: 309-689-8344

July 16, 2020

Patient:     **Rick A Hamm**
Date of Birth: **12/20/1960**
Date of Visit: **7/16/2020**

To Whom It May Concern:

It is my medical opinion that Rick A Hamm is high risk for COVID-19 due to his history of recurrent pneumonia and Tobacco Use. Incarceration would increase his risk and exposure to the virus that would put his health at risk and possibilities of complications from the virus.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Robert A Lizer, DO
*Electronically Signed*