E-FILED
Monday, 31 August, 2020  09:55:24 PM
Clerk, U.S. District Court, ILCD

Home page on 8/12/2020







**Rick Hamm**
April 28 · 🌐

Well I had my morning dose, one shot of Diesel fuel 1/2 shot of Round up stirred not shaken! Sure makes my coffee taste funny tho! I just have to be careful what I piss on but it sure takes care of that damn virus!

👍😂 39                                    11 Comments  1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▼

**Brian Ranes** Shit. Spray dicamba. But spray it on a hot day about 4 miles from where you want to kill something. It will pretty much kill everything between you and ground zero.
Like · Reply · 15w                                    👍 2

**Chuck Mccullough** Don't piss on your air conditioner please
Like · Reply · 15w                                    👍 3

**Jason Brooks**
😂

Like · Reply · 15w                                    👍 2

↳ View 2 more replies

🖉 Author
**Rick Hamm** **Jason Brooks** Well if some would we would all know if it works
Like · Reply · 15w                                    👍 1

↳ View 1 more reply

**Brian Mitchon** Bet that's strong coffee. Use 2-4-D. It's better for your guts.





US v. Hamm - Exhibit 1, page 5 of 25

















Rick Hamm    Timeline ▾    2020 ▾    May ▾

Friends · 4,872

Jim Linton    Henry Chmiel    Scott Koukola

Brian Ranes    Larry Schwartzbach    Richard Music

Robbie Hamm    Rusty Carico    Jon Sarver

Life Events

Your Snows Extreme #
January 20, 2019

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

**Rick Hamm**
May 27 · 🌐

Good Morning! Thinking about something besides the ruins of Illinois! So let's talk about Illinois! There is a lot of Business people that fly to China on a regular basis and there is a good friend of mine that does that and he was in China when this was going on! He lives not far from me ▨▨▨and I had contact with 3 times and so have a lot of people around here and I have not heard of any one around here being sick. His exact words it's is not even close to what's on the news there. Hard telling how many people flew in to China right where this was happening from IL. International airports Chicago, St. Louis, Bloomington Peoria i'm sure caterpillar and John Deere have their own private jets! So let's look at who flies there. People on Business people working with the Chinese on product production! ▨▨▨ now we all know no one's vacationing there! So here's the part that don't make any sense! When Business people come home from China for the most part they are surrounded by other business people and with that being said why is it half of caterpillar and half of John Deere executives and office people don't have the virus? How does it skip the business community and jump on a subway in Chicago or a small town in southern Illinois but not in the officers of a corporation! I think if we do the time line will find out the virus was in China long before anyone knew what people had,it should have been months before any one figure out what sick people had because no one knew what this virus was or did they, funny! Let's say they didn't and it was there in November. Thousands of business people flew back and forth November, December and January! Now if a virus outbreak occurs in China it will be in the United States in less than 36 hours in every international airport in the United States and then to corporate America, not a small town in Southern Illinois or a subway deep in Chicago! Things like this spread by contact and the first people that will get it are people around you! So it looks like everyone that went to China last winter fly straight home jumped on a subway train and went to a nursing home! I don't believe that! Do you? ▨▨▨ it's like a deer your tracking it don't jump a state and start bleeding again!























Posted on 8/19/2020



