UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-CR-10023 |
| RICK A. HAMM, | ) |
| Defendant. | ) |

### ORDER DENYING DEFENDANT'S MOTION TO MODIFY PROBATION

On September 5, 2019, Defendant pleaded guilty pursuant to Rule 11(C)(1)(c) of the Federal Rules of Criminal Procedure to the offense of Unlawful Sale of Wildlife. On January 9, 2020, pursuant to an agreement between the parties, the Court sentenced Mr. Hamm to 24 months' probation that included five days in custody. A conviction entered. On March 23, 2020, Mr. Hamm's jail sentence was stayed, at the request of Defendant, until July 1, 2020, for review due to the coronavirus pandemic.

Defendant moves once again to Modify Probation [111] seeking to convert his five days in jail to home confinement. He argues that he is a risk for COVID-19 and attaches, in support, a letter from his doctor that he has "recurrent pneumonia and tobacco use" putting him at risk.

The United States has responded [115] opposing the request and in support attaches as an exhibit [115-1], twenty-five pages of Mr. Hamm's Facebook posts for the entire world to see.

The Court need not set out the extraordinary measures the local county jails have taken to protect the inmate population—all at great risk to the good, decent and hardworking employees that make up their staff as the United States has done so in their Response. All the while, Mr. Hamm has made it abundantly clear to anyone who chooses to follow him on Facebook that he personally thinks the virus is a "hoax."

*"Deep state hoax"* May 21, 2020
*"So I hear none stop how great doctors and nurses are till I could puke"* May 26, 2020 (spelling errors are Mr. Hamm's) The court wonders if Mr. Hamm showed Dr. Lizer this post before he asked the doctor for a letter that he attached to his Motion….but I digress)
*"I'm sorry to tell you this but the pandemic is a complete hoax!"* May 31, 2020.

Furthermore, Mr. Hamm mocks people wearing masks (June 5, 2020), his posts verify that he attended the self-proclaimed "White Trash Bash" (August 4, 2020), and he touts his refusal to wear masks in restaurants. (August 19, 2020).

Modifying the conditions of Probation would require Mr. Hamm to show a serious health condition that makes him more susceptible to the risk of contracting COVID, which Mr. Hamm

doesn't present, and the ability to meet §3553(a) factors, which Mr. Hamm is not able to do. Specifically, Mr. Hamm's guidelines would have him sentenced to 4 to 10 months in the Bureau of Prisons. He received five days, and while he is entitled to his own personal preferences about the realities of COVID, it is slightly hypocritical to call it a "hoax" yet use it as an excuse to not serve the sentence he agreed to. But the Court is not surprised that Mr. Hamm cannot accept responsibility for his conduct. Prior sentences, and brushes with the law, have not deterred him, his posts show no respect for the law or law enforcement, and modifying his probation would not provide just punishment for the offense.

Mr. Hamm's Motion [111] is Denied and he shall serve 5 days in custody. The custody term will commence as soon as possible, on a date and time and at a facility designated by the Federal Bureau of Prisons. As no hearing is necessary the Court vacates the September 8, 2020 setting.

Finally, the Court will address Mr. Hamm's rights. Mr. Hamm has posted that "criminals have more rights than citizens," that "law enforcement is a disaster," that "Governor's defy the President" and "I'm really mad about the way the Constitution is being walked on." (June 10, 2020). While this order shows respect for the law and provides just punishment for the offense, it is doubtful that it will alter Mr. Hamm's beliefs about "criminals." The problem for Mr. Hamm is that he is a criminal.[1] As a criminal, Mr. Hamm does have certain rights. At this point, Mr. Hamm's rights include asking the Court to reconsider this decision, appealing to the Seventh Circuit, or asking President Trump for a pardon. But he does not have a right to not serve the prison sentence he agreed to because of a virus he does not believe exists.

s/ 9/1/2020
Date

s/ James E. Shadid
JAMES E SHADID
UNITED STATES DISTRICT JUDGE

---

[1] In addition to this offense, Hamm's priors include convictions for taking migratory waterfowl in excess of daily limit, transportation of improperly identified waterfowl, and hunting with lead shot. *See* Case No. 00 CR 10028 (C.D. Ill.). In addition, he has been fined on 18 occasions from 1977 to 2007, one of which was for battery of police officer.